IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 27 1999

Michael N. Milby, Clerk

| | |
|---|---|
| VAN EKRIS & CO., § § Plaintiff, § § v. § § NORTH AMERICAN WAREHOUSE INC., § § Defendant. § | CIVIL ACTION NO- H- 99-0062 |

### ORDER

IT IS ORDERED that the pretrial conference set for May 7, 1999 at 1:30 p.m. has been **reset** to **April 26, 1999 at 1:30 p.m.** before United States District Judge Nancy F. Atlas in Courtroom 9F, 9th Floor of the United States Courthouse, located at 515 Rusk, Houston, Texas.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED this 22nd day of January, 1999.

_(signature)_
NANCY F. ATLAS
United States District Judge