# HEARING MINUTES AND ORDER

**Cause Number**: 99-0062

**Style**: Van Ekris & Co v. North American Warehouse Inc.

United States Courts
Southern District of Texas
ENTERED
APR 29 1999
Michael N. Milby, Clerk of Court

**Appearances**:

| Counsel: | Representing: |
|---|---|
| James Koecher | Plaintiff |
| no appearance | Defendant |

**Date**: April 26, 1999           **Ct. Reporter**: K. Metzger

**Time**: 1:45 p.m. - 1:45 p.m.

**At the hearing the Court made the following rulings**:

Pretrial conference held. Docket control order to follow.

Another pretrial conference is set for **May 14, 1999 at 1:00 p.m.** Parties may elect to cancel the conference if the provisional docket control order is acceptable.

**The clerk will file these Minutes and Order and provide copies to the parties.**

**SIGNED** at Houston, Texas this 26th day of April, 1999.

*Nancy F. Atlas* (signature)

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

10

P:\CTMINUTE\99-0062   990426.1408   990426.1408