IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

**APR 29 1999**

Michael N. Milby, Clerk of Court

| | |
|---|---|
| VAN EKRIS & CO., § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H- 99-0062 |
| § | |
| NORTH AMERICAN WAREHOUSE INC., § | |
| Defendant. § | |

## DOCKET CONTROL ORDER *

Anticipated Length of Trial: __2__ Days        Jury: __✓__    Non-Jury:_____

The disposition of this case will be controlled by the following schedule:

1. (a) **NEW PARTIES** shall be joined by:  __May 31, 1999__
   The attorney causing the addition of new parties must provide
   copies of this Order to new parties.
   (b) **AMENDMENTS to PLEADINGS** by Plaintiff or Counter-
   Plaintiff shall be filed by:  __May 31, 1999__

2. **EXPERT WITNESSES for PLAINTIFF** shall be identified
   by a report listing the qualifications of each expert, each opinion
   the expert will present, and the basis for it. DUE DATE:  __Sept. 6, 1999__

3. **EXPERT WITNESSES for DEFENDANT** shall be identified
   by a report listing the qualifications of each expert, each opinion
   the expert will present, and the basis for it. DUE DATE:  __Oct. 8, 1999__

4. **MEDIATION/ADR:** Parties are to submit jointly a letter report to
   the Court at the **Close of Discovery** stating whether mediation or
   other form of ADR has been conducted or would be helpful. If
   ADR would be helpful, the parties are to state the form of ADR they
   think will best suit the case; whether they wish to select the neutral and,
   if so, whom they have agreed to select; when they want to utilize ADR;
   and any other information relevant to the entry of a Court Order on
   mediation/ADR. If no ADR is desired, the parties are to state the
   reasons in detail.
   **ADR, if any, MUST BE COMPLETED** by:  __Jan. 31, 2000__

5. **DISCOVERY** must be completed by:  __Jan. 7, 2000__
   Written discovery requests are not timely if they are filed so close to
   this deadline that the recipient would not be required under the Federal
   Rules of Civil Procedure to respond until after the deadline.

P:\FMORDERS\DOCKETCN.TRL   990423.1056

11

\* *Provisional Order - subject to approval of defense counsel.*

6. **DISPOSITIVE MOTIONS** will be filed by:      _Feb. 7, 2000_

7. **ALL OTHER PRETRIAL MOTIONS, including motions to strike experts under Daubert** (but not including motions in limine) will be filed by: (Typically this date will match #6.)      _Feb. 7, 2000_

8. **JOINT PRETRIAL ORDER** will be filed by:      _May 8, 2000_
   Plaintiff is responsible for timely filing the complete Joint Pretrial Order in the form set forth in the Court's Procedures.

9. **DOCKET CALL** is set in Courtroom 9-F, starting at 4:00 p.m.      _May 12, 2000_
   (The Court will set this date.) No documents filed within 7 days before the Docket Call will be considered at Docket Call.

_April 26, 1999_
Date

_Nancy F. Atlas_
**NANCY F. ATLAS**
**United States District Judge**

APPROVAL REQUESTED:

_[signature]_      _4/26/99_
Counsel for Plaintiff(s)      Date

_____      _____
Counsel for Defendant(s)      Date