IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

FEB 0 3 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| VAN EKRIS & CO., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-99-0062 |
| | § | |
| NORTH AMERICAN WAREHOUSE, | § | |
| INC., | § | |
| Defendant. | § | |

## ORDER

This breach of contract case is before the Court on Duane D. Guy's Motion to Withdraw as counsel for Defendant North American Warehouse, Inc. [Doc. # 14]. Corporations do not have the right to proceed *pro se,* so they may only appear before this court through an attorney. *See Donovan v. Road Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984), *cert. denied*, 469 U.S. 1217 (1985). Therefore, it is hereby

**ORDERED** that Duane D. Guy's Motion to Withdraw [Doc. # 14] is **GRANTED**. North American Warehouse, Inc. must retain substitute counsel and have the new counsel file a Notice of Appearance with this Court within thirty (30) days from the date this order is entered. If Defendant fails to comply with this order, counsel for Plaintiff Van Ekris & Co. may apply for default judgment against Defendant.

SIGNED at Houston, Texas, this 2d day of February, 2000.

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-1999\0062ATTY.WD   000202 0835

15