IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VAN EKRIS & CO. | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | C.A. NO. H-99-0062 |
| | § | |
| NORTH AMERICAN WAREHOUSE, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFAULT JUDGMENT

On the date reflected below, Plaintiff, Van Ekris & Co.'s Motion for Default Judgment against Defendant, North American Warehouse, Inc., came on for consideration, and the court, upon reviewing the motion and evidence submitted in support of same, is of the opinion that the motion is meritorious and should be granted. Accordingly, Plaintiff's motion is hereby granted and judgement in amount of $87,966.20 is hereby awarded to Plaintiff, Van Ekris & Co. against Defendant, North American Warehouse, Inc.

Plaintiff, Van Ekris & Co., is further awarded pre-judgment interest on said judgment at the rate of _Ø_ per annum commencing on the date Plaintiff filed its Original Complaint and post-judgment interest at the rate of _6.197%_ per annum until the judgment is paid in full for which let execution issue if not timely paid.

This is a final judgment.

Signed this _30th_ day of _March_, 2000.

_____
UNITED STATES DISTRICT JUDGE

#18

APPROVED AND ENTRY REQUESTED:

BROWN SIMS, P.C.

BY: _____
James R. Koecher
Federal I.D. No. 7372
Texas Bar No. 11648700
2000 Post Oak Boulevard
Suite 2100
Houston, Texas 77056-4496
(713) 629-1580
(713) 629-5027 (Telecopier)

ATTORNEYS FOR PLAINTIFF
VAN EKRIS & CO.

2